## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| DANIELLA WALTON, | |
| Plaintiff, | |
| VS. | CIVIL ACTION FILE NO.: |
| THERESA SALVATORE VANCE, NFI INTERACTIVE LOGISTICS, LLC and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. | |
| Defendants. | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § § 1332, 1441, and 1446, Defendants Theresa Salvatore Vance, NFI Interactive Logistics, LLC and National Union Fire Insurance Company of Pittsburgh, PA. hereby give notice of the removal of this civil action from the State Court of Gwinnett County, Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division. As grounds for this removal, Defendants state as follows:

1.      This civil action was commenced on or about February 9, 2022, by the filing of a Summons and Complaint in the State Court of Gwinnett County, Georgia,

a copy of which is attached as **Exhibit A**. This Notice of Removal is filed within 30 days of receipt, by service or otherwise, of the initial pleadings in this action. All other state court pleadings are attached as **Exhibit B**.

2.      Plaintiff claims that she was in a collision with a tractor-trailer owned by Defendant NFI Interactive Logistics, LLC.

3.      For the purposes of 28 U.S.C. § 1332(a), it is apparent that the amount in controversy exceeds $75,000. Plaintiff's Complaint fails to specify the amount of damages sought but seeks "medical expenses (past and future), pain and suffering (past, present, and future) . . . (and) physical and mental pain and suffering." **Ex A**. ¶ **58**. Prior to filing the Complaint, on May 29, 2020, Plaintiff, through counsel, sent Defendant NFI Interactive Logistics, LLC and Defendant National Union Fire Insurance Company of Pittsburgh, PA a demand for $150,000.00 which is attached as **Exhibit C.**   Thus, the amount in controversy has been established by a preponderance of the evidence pursuant to 28 U.S.C. § 1446(c)(2)(A)-(B) as shown by Plaintiff's Complaint and Demand. Further, there is no evidence showing to a legal certainty that the amount in controversy has not been met. *See St. Paul Mercury Indem. Co. v. Red Cab Co.*, 303 U.S. 283, 289, 58 S. Ct. 586, 590 (1938) ("[i]t must appear to a legal certainty that the claim is really for less than the jurisdictional amount to justify dismissal.").

4.    Plaintiff is now, and was at the commencement of this action, and all intervening times, a citizen of the State of Georgia.

5.    Defendant Theresa Salvatore Vance is now, and was at the commencement of this action, and at all intervening times, a citizen and resident of the State of North Carolina. She is therefore a citizen of the state of North Carolina for purposes of diversity jurisdiction.

6.    Defendant NFI Interactive Logistics, LLC is now, and was at the commencement of this action, and at all intervening times, a limited liability company incorporated under the laws of Delaware that is wholly owned by its parent company, NFI L.P. NFI L.P. is a limited partnership, whose partners are three traditional trusts. The Sidney R. Brown 2009 GST Exempt Family Trust is formed under the laws of the state of New Jersey. The two trustees, Sandra Brown and Scott Brucker, are domiciled in and citizens of Pennsylvania. The Jeffery S. Brown 2015 GST Exempt Trust is formed under the laws of the state of New Jersey. The two trustees, Daniel Cooper and Tracy Brown, are domiciled in and citizens of Pennsylvania and New Jersey. The Irwin J. Brown 2015 GST Exempt Family Trust is formed under the laws of the state of Texas. The trustee, Scott Brucker, is domiciled in and a citizen of Pennsylvania. It is therefore a citizen of the states of

New Jersey, Pennsylvania, Texas, and Delaware for purposes of diversity jurisdiction.

7.      Defendant National Union Fire Insurance Company of Pittsburgh, PA is now, and was at the commencement of this action, and at all intervening times, a foreign insurance company formed under the laws of Pennsylvania with its principal place of business in New York. National Union Fire Insurance Company of Pittsburgh, PA. is a direct, wholly-owned subsidiary of AIG Property Casualty U.S., Inc, which is incorporated under the laws of Delaware with its principal place of business in New York.  AIG Property Casualty U.S., Inc. is a wholly-owned subsidiary of AIG Property Casualty Inc., which is incorporated under the laws of Delaware with its principal place of business in New York. AIG Property Casualty Inc. is a wholly-owned subsidiary of American International Group, Inc., which is a publicly held corporation incorporated under the laws of Delaware with its principal place of business in New York. It is therefore a citizen of the states of New York and Pennsylvania for purposes of diversity jurisdiction.

8.      There is diversity of citizenship between all properly named and joined parties in this case. No "properly joined" defendant is a citizen of the State of Georgia. As the requisite amount in controversy is present, this civil action may be

removed to this Court pursuant to 28 U.S.C. § 1441. All named Defendants consent to this removal through counsel.

9.      Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is promptly being filed with the Clerk of the State Court of Gwinnett County, Georgia, and served on counsel for Plaintiff and on all other parties to this civil action.

Respectfully submitted, this 23rd day of March, 2022.

                                        **NALL & MILLER, LLP**

                                        BY:  _/s/ MICHAEL D. HOSTETTER_
                                             **MICHAEL D. HOSTETTER**
                                             Georgia Bar No. 368420
                                             **ATTORNEY FOR DEFENDANTS**

235 Peachtree Street, N.E.
North Tower, Suite 1500
Atlanta, Georgia 30303-1905
Phone:  404/ 522-2200
Fax:  404/522-2208
mhostetter@nallmiller.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the within and foregoing **NOTICE OF REMOVAL (Federal Court)** with the Clerk of Court in this matter and served a true copy of same by First Class U.S. Mail, proper postage prepaid, to counsel of record listed below.

Robert A. DeMetz, Jr.
Morgan & Morgan Atlanta, PLLC
408 12th Street
Suite 200
Columbus, Georgia 31901
Phone: (706) 324-1227
rdemetzAforthepeople.com
***Attorney for Plaintiff***

Respectfully submitted, this 23rd day of March, 2022.

**NALL & MILLER, LLP**

BY: **/s/ MICHAEL D. HOSTETTER**
**MICHAEL D. HOSTETTER**
Georgia Bar No. 368420
**ATTORNEY FOR DEFENDANTS**

235 Peachtree Street, N.E.
North Tower, Suite 1500
Atlanta, Georgia 30303-1905
Phone: 404/ 522-2200
Fax: 404/522-2208
mhostetter@nallmiller.com